# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK L. RUSSELL**  **PLAINTIFF**
**#266367**

VS.                          No. 4:23-CV-01063-BRW-BBM

**WYNNE, Sergeant, Pulaski County**
**Regional Detention Facility,** *et al.*                  **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Plaintiff's complaint (Doc. No. 2) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. Dismissal is recommended as a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 3rd day of January, 2024.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE